00529ε

Order entered December 17, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01193-CV

## JUANITA J. GAROFALO, Appellant

V.

## CHECK INTO CASH OF TEXAS, LLC, Appellee

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-1473-2012**

## ORDER

The Court has before it appellant's December 13, 2012 amended motion for payment arrangements and costs of court. The Court **GRANTS** the motion in part and **ORDERS** appellant to pay her filing fee in full no later than January 23, 2013.

MOLLY FRANCIS
JUSTICE